IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| THE UNIVERSITY OF THE SOUTH, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTH UNIVERSITY, LLC, F/K/A, ) <br> SOUTH UNIVERSITY, INC., ) <br> EDUCATION MANAGEMENT, LLC, AND ) <br> EDUCATION MANAGEMENT ) <br> CORPORATION, ) <br> ) <br>     Defendants. ) <br> ------------------------------------------------------ <br> SOUTH UNIVERSITY, LLC, ) <br> ) <br>     Counter-Claimant ) <br> ) <br> v. ) <br> ) <br> THE UNIVERSITY OF THE SOUTH, ) <br> ) <br>     Counter-Defendant. ) <br> ) <br> ) | Case No. 4:09-cv-00071 <br><br> Judge Mattice <br><br> Magistrate Judge Lee |

## STIPULATION OF DISMISSAL

WHEREAS, plaintiff The University of the South ("Plaintiff") and Defendant and Counter-Claimant South University, LLC ("Defendant") have agreed to settle this matter, and have executed a settlement document entitled "2010 Settlement Agreement" that sets forth the terms of the settlement;

THEREFORE, Plaintiff and Defendant, by and through their respective counsel, stipulate and agree as follows:

1.    Pursuant and subject to the terms of the parties' 2010 Settlement Agreement, the parties through their counsel of record hereby stipulate to the entry of a judgment of dismissal of

this entire action with prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    2.    Each party shall bear its own costs and attorneys' fees.

Dated: August 24, 2010

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: */s/ John G. Jackson*
   John G. Jackson (BPR #013840)
   Alicia Brown Oliver (BPR #018164)
   1000 Tallan Building, Two Union Square
   Chattanooga, Tennessee 37402
   Telephone: (423) 757-0246
   Facsimile: (423) 508-1246
   E-mail: jjackson@cbslawfirm.com
           aoliver@cbslawfirm.com

*Attorneys for The University of the South*

SNELL & WILMER, LLP

By: */s/William S. O'Hare with express permission by John G. Jackson*
   William S. O'Hare (admitted p*ro hac vice*)
   J. Rick Taché (admitted *pro hac vice*)
   Deborah S. Mallgrave (admitted *pro hac vice*)
   600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
   Telephone: (714) 427-7052
   Facsimile: (714) 427-7799
   E-mail: wohare@swlaw.com
           rtache@swlaw.com
           dmallgrave@swlaw.com

   ~and~

Charles J. Gearhiser BPR #001817
Christopher T. Varner BPR #018260
Gearhiser, Peters, Cavett, Elliott & Cannon, PPLC
320 McCallie Avenue
Chattanooga, TN 37402
Tel: 423-756-5171
Fax: 423-266-1605
Email: cgearhiser@gplce.com
       cvarner@gplce.com

*Attorneys for Defendant and Counterclaimant South University, LLC*

- 2 -